**Form 210A (10/06)**

## United States Bankruptcy Court
### District of MINNESOTA

In re

Tracey L. Rustad
Todd M. Reagles

Chapter   13
Case No. 07-34501

### JOINT NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a).  Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| eCAST Settlement Corporation | Wells Fargo Bank, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
Transferee should be sent:

Court Claim # (if known):    1
Amount of Claim:         3491.02
Date Claim Filed:        12/10/2007

eCAST Settlement Corporation
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell Rd.
Tucson, AZ 85712
Telephone: (520) 577-1544 (Servicer)

Amended Claim #:
Amended Date Claim Filed:

Name and Current Address of Transferor
Wells Fargo Operation Center
Loan Servicing Payment Processing
7421 Jefferson Blvd
Albuquerque, NM 87109
Telephone: (800) 241-0039

Last Four Digits of Account #   ***********5900

Name and Address where transferee payments
should be sent (if different from above):
eCAST FOB Wells Fargo
PO Box 7247-6971
Philadelphia, PA. 19170-6971

Last Four Digits of Account #:   ***********5900

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/  Patti H. Bass
      Patti H. Bass, Esq. (AZ 016849)
      Attorney for Creditor
      Bass & Associates, P.C.
      3936 E Ft Lowell Rd, Suite 200
      Tucson, AZ 85712
      (520) 577-1544
      ecf@bass-associates.com

Date:    05/07/2008

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

**WELLS FARGO**

7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Card Services

## EXHIBIT A
### (ON SELLER'S LETTERHEAD)

## BILL OF SALE
### and
### ASSIGNMENT OF RECEIVABLES
### Pursuant to
### PURCHASE AND SALE AGREEMENT

**FOR GOOD AND VALUABLE CONSIDERATION**, the receipt and sufficiency of which are hereby acknowledged, in accordance with that certain Purchase and Sale Agreement ("Purchase Agreement") dated as of April 14, 2008, by and among Wells Fargo Bank, N.A.(the "Seller"), and eCast Settlement Corporation ("Buyer")., on and subject to the terms, provisions, conditions, limitations, waivers and disclaimers and conditions of the Purchase Agreement, the Seller hereby assigns, transfers and conveys to Buyer all of Seller's right, title and interest and claims arising in and to the Receivables listed on the attached data diskette file Schedule A. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Purchase Agreement.

The Receivables include receivables which were previously owned by:

Wells Fargo Bank, N.A.

Seller hereby stipulate that Buyer may be substituted for Seller as the valid owner of the Receivables and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rules 3001 (e) (2) or otherwise.

Buyer hereby acknowledges that the Seller is making no representation or warranty with respect to the assets being conveyed hereby except as set forth in the Purchase Agreement. Seller, for itself, its successors and assigns, hereby covenants and agrees that, at any time and from time to time forthwith upon the written request of Buyer, it will do, execute, acknowledge and deliver or cause to be done, executed, acknowledged and delivered, each and all of such further acts, deeds, assignments, transfers, conveyances, powers of attorney and assurances as may reasonably be required by Buyer in order to assign, transfer, set over, convey, assure and confirm unto and vest in Buyer title to the assets sold, conveyed, transferred and delivered by this Bill of Sale and Assignment of Receivables.

IN WITNESS WHEREOF, each of the Sellers has executed this Bill of Sale and Assignment of Receivables as of , to be effective as of the Closing Date (as defined in the Purchase Agreement).

WELLS FARGO BANK, N.A..

By: _____
Name: David Demanett
Title: Group Finance Officer of Wells Fargo Card Services

WELLS FARGO RESTRICTED



7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Card Services

## EXHIBIT D

### (ON SELLER'S LETTERHEAD)

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Wells Fargo Bank, N.A. ("Transferor"), has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 383 Madison Avenue New York, New York. Said claims arise from consumer credit accounts (the "Receivables") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Receivables may have been filed under the following names: Wells Fargo Bank, N.A.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this day of April 14, 2008.

Wells Fargo Bank, N.A. Transferor

By: _____
Name: David Demanett
Title: Group Finance Head of Wells Fargo Card Services

25

WELLS FARGO RESTRICTED